■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARTH MITCHELL, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Delin, J.), imposed December 17, 1982. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Damiani, Titone and Mangano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR OCASIO, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Sharpe, J.), imposed January 27, 1982. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Lazer, Thompson and Niehoff, JJ., concur.